Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

┌─────────────────────────────────┐
│ COALITION FOR FAIR TRADE IN     │
│ CERAMIC TILE                    │
│                                 │
│                     Plaintiff,  │
│                                 │
│   v.                            │
│                                 │
│ UNITED STATES,                  │
└─────────────────────────────────┘

**S U M M O N S**

Court No.: 25-00095

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. The Coalition for Fair Trade in Ceramic Tile is comprised of nine U.S. producers of ceramic tile in the United States. Plaintiff is an interested party under 19 U.S.C. § 1677(9)(F) and was the petitioner in the underlying proceeding. As such, Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
    (Name and standing of plaintiff)

2. Plaintiff contests the final determination of the U.S. Department of Commerce, ("Commerce") in the antidumping investigation of ceramic tile from India (Commerce case no. A-533-928), *see* Ceramic Tile from India, 90 Fed. Reg. 17,030 (Dept. of Commerce, April 23, 2025).
    (Brief description of contested determination)

3. The underlying determination was issued on April 16, 2025.
    (Date of determination)

4. The final determination in this investigation of Ceramic Tile from India was published in the Federal Register on April, 23, 2025.
    (If applicable, date of publication in Federal Register of notice of contested determination)

| /s/ David M. Spooner | David M. Spooner |
|---|---|
| Signature of Plaintiff's Attorney | Christine J. Sohar Henter |
| | Hendricks Valenzuela |
| May 23, 2025 | BARNES & THORNBURG LLP |
| Date | 555 12th St. NW, Suite 1200 |
| | Washington, D.C. 20004 |
| | (202) 371-6377 |
| | David.Spooner@btlaw.com |

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346
26 Federal Plaza
New York, NY 10278

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Robert Heilferty
Office of the Chief Counsel for
Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

# SERVICE OF SUMMONS BY THE CLERK

PUBLIC SERVICE

*Coalition for Fair Trade in Ceramic Tile v. United States*
Case No.: 25-00095

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, David M. Spooner, certify that I served a copy of the Summons in the above-titled matter on the following parties, via certified mail or registered mail, return receipt requested, on May 23, 2025.

Representative of M S International, Inc. and Bedrosians Tile and Stone
Jared Wessel, Esq.
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Jared.Wessel@hoganlovells.com

Representative of Win-Tel Ceramics Pvt. Ltd. and Antiqa Minerals
Dharmendra N Choudhary, Esq.
GRUNFELD DESIDERIO LEBOWITZ SILVERMAN KLESTADT, LLP
1201 New York Ave., NW
Suite 650
Washington, DC 20005
dchoudhary@gdlsk.com

Representative of Simpolo Vitrified Private Limited ("Simpolo") and Nexion Surfaces Private Limited ("Nexion")
Brittney Powell, Esq.
FOX ROTHSCHILD LLP
2020 K Street, NW
Suite 500
Washington, D.C. 20006
bpowell@foxrothschild.com

Representative of Lioli Ceramica Pvt Ltd.
Jonathan Zielinski, Esq.
CASSIDY LEVY KENT (USA) LLP
2112 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
jzielinski@cassidylevy.com

Representative of Comet Granito Pvt. Ltd.
Namrita Raghuwanshi
TPM, SOLICITORS & CONSULTANTS
J-209, Saket, New Delhi, 110017, India
namrita@tpm.in

Representative of Varmora Granito Pvt. Ltd.
Divyashree Sur
ECONOMIC LAWS PRACTICE - ADVOCATES & SOLICITORS
9th Floor, Berger Tower, Sector 16 B,
Noida, Uttar Pradesh 201301, India
divyashreesuri@elp-in.com

                                                        /s/ David M. Spooner
                                                          David M. Spooner